UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 15-9416 DSF (SPx) | Date | 12/9/15 |
|---|---|---|---|
| Title | Laura E. Meza v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case

    This case was removed on the basis of diversity jurisdiction. However, both Plaintiff Laura Meza and Defendant MTC Financial, Inc. are citizens of California. Removing Defendant JPMorgan Chase Bank, N.A. states in the notice of removal that MTC Financial is a nominal defendant and a fraudulently joined defendant. MTC Financial is the trustee on a deed of trust; Meza is the trustor and JPMorgan Chase is the beneficiary of that deed of trust. JPMorgan Chase provides no support for its position beyond basic recitations of a trustee's role. Some of the claims in the complaint involve misconduct in the administration of a foreclosure in violation of specific California statutes. Without further information, it is certainly conceivable that the foreclosing trustee would bear some liability for a failure to properly conduct a foreclosure sale. In any event, JPMorgan Chase makes no attempt to persuade the Court that such a claim could not possibly be stated in this case. The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.